IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PENNY JO JOHNSON                                                                          PLAINTIFF

v.                                     CIVIL NO. 2:17-cv-2202-MEF

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                                            DEFENDANT

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

On October 30, 2017, an order issued denying the Plaintiff's application for leave to proceed in forma pauperis in this action. (ECF No. 6). Plaintiff was further directed to pay the $400.00 filing fee by November 30, 2017 or the action would be dismissed. To date, the Plaintiff has not paid the filing fee. Dismissal of the action is appropriate, as the Plaintiff has failed to comply with a court order. FED. R. CIV. P. 41(b).

Accordingly, the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this the 1st day of December, 2017.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE